# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**          **DISTRICT OF COLUMBIA**

International Painters and Allied Trades
Industry Pension Fund                              Civil No.: 1:05CV02306

vs

Norris Glass & Metal, Inc.

SERVICE OF PROCESS ON: **Norris Glass & Metal, Inc.**

___Jeroy Robinson_____, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:      12/16/2005
Place of Service:   **1930 Royal Industrial Blvd., Austell, GA 30106**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
**_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:**
   John Norris-CFO

Description of Person Receiving Documents: Male/Female   Skin Color _White_
                                            Hair Color _Grey_  Age _50_ Hgt _5'10_ Wgt _170_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____        12-16-05
Signature of Server                        Date

Shelley R. Goldner, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                                215-922-6700