UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>  Plaintiff,<br><br>  v.<br><br>NORRIS GLASS & METAL, INC.,<br><br>  Defendant. | Civil Action No. 05-2306 (CKK) |

**ORDER**

The Complaint in this case was filed on November 29, 2005. The Defendant was served on December 16, 2005. No response to the complaint has been filed, despite the fact that an Answer to the Complaint was due by January 5, 2006. Plaintiff has also not taken any additional measures to prosecute this case.

Therefore, it is this 22nd day of February, 2006, hereby,

**ORDERED** that by no later than Friday, March 10, 2006, Plaintiff shall either file for default or take other appropriate action to prosecute this claim or the court will dismiss it without prejudice for want of prosecution.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/*
　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge