UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff )<br>v. )<br>)<br>NORRIS GLASS & METAL, INC. )<br>)<br>Defendant ) | CIVIL ACTION NO.<br>05-2306 (CKK) |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/    Shelley R. Goldner
SANFORD G. ROSENTHAL
Bar No. 478737
SHELLEY R. GOLDNER
Bar No. 483329
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611/0644
Attorneys for the Fund

Date: February 28, 2006

165392-1

## CERTIFICATE OF SERVICE

I, Shelley R. Goldner, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

NORRIS GLASS & METAL, INC.
1930 Royal Industrial Boulevard
Austell, GA 30106

Date: February 28, 2006                    /s/    Shelley R. Goldner
                                           SHELLEY R. GOLDNER, ESQUIRE

165392-1